# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO. 4:07CR00135-001 SWW

STEPHEN ALLEN KING

### ORDER OF DISMISSAL

Upon the government's motion to dismiss the indictment pending against this defendant,

IT IS ORDERED that the motion is granted, and the indictment pending in this case hereby is dismissed without prejudice and any outstanding warrant issued against defendant hereby is recalled.

Dated this 4th day of April, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE